**FILED**
**MAILROOM**

**2020 JAN 27  PM 3: 43**

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Harry Wilkinson
11851 Monument Drive #010
Fairfax, VA 22030

January 25, 2020

US Bankruptcy Court, Eastern Division of Virginia
Judge Kenney's Courtroom
200 S Washington Street
2nd Floor, Courtroom I
Alexandria, VA 22314

Re: Case No. 19-13869-BFK, Motion for Relief from Stay by Fairfax Corner Partners

To the Court:

Regarding the above referenced matter, my lawyers from Legal Services of Northern Virginia are unfortunately unable to attend this hearing. I have continued to pay down the rent owed to the landlord throughout the bankruptcy process. I have reached out to the landlord several times in order to make a payment arrangement to bring my account current, and I have received no response from them.

Therefore, I am asking the court to keep the bankruptcy stay in place at least for the next thirty days so that I may bring my account with the landlord current without being threatened with eviction.

I appreciate any consideration you can give to this request.

Sincerely,

*[signature]*

Harry Wilkinson